# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE DEMETRA RAMEY, also known as Demetra McNeal, also known as Demetra Jo Ramey, also known as Demetra J. Ramey and JAMES RAMEY, also known as James L. Ramey, doing business as Ramey Financial,<br><br>Debtors. | BAP No.   CO-06-005 |
| DANIEL A. HEPNER, Trustee,<br><br>Plaintiff – Appellee,<br><br>v.<br><br>DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC, successor by merger to DaimlerChrysler Services North America, LLC,<br><br>Defendant – Appellant. | Bankr. No.   04-37603-HRT<br>Adv. No.   05-1184-HRT<br>Chapter   7<br><br>ORDER TRANSFERRING APPEAL<br>TO U.S. DISTRICT COURT<br><br>February 3, 2006 |

Daniel A. Hepner, Trustee, an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1)     This appeal is transferred to the United States District Court for the District of Colorado.

(2)     Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3)     Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court.  It is requested that the

Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: _____

Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: _____2/2/06_____

Signed: _Christine Eckhardt_

Bankruptcy Court Deputy Clerk

-2-