IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-02284-JLK**

In re:

**JAMES L. BAKER**
**o/d/s K&L ASSOCIATES, INC. and**

**JANICE E. BAKER**
**o/d/s K&L ASSOCIATES, INC.**

       Debtors ,

**DANIEL A. HEPNER, Chapter 7 Trustee**

       Plaintiff /Appellee**,**

v.

**AMERICREDIT FINANCIAL SERVICES INC.**

       Defendant/Appellant.

---

Civil Action No. **06-cv-00169-JLK**

In re:

**WILLIAM DAVID WILSON and**

**CHERYL ANN WILSON,**

       Debtors.

**CHARLES C. SCHLOSSER, Chapter 7 Trustee**

       Plaintiff /Appellee**,**

v.

**DAIMLERCHRYSLER SERVICES AMERICAS LLC,**
**successor by merger to DaimlerChrysler North America, LLC.**

       Defendant/Appellant.

Civil Action No. **06-cv-00197-JLK**

In re:

**DEMETRA RAMEY and**

**JAMES RAMEY**

  Debtors.

**DANIEL A. HEPNER, Chapter 7 Trustee**

  Plaintiff /Appellee**,**

v.

**DAIMLERCHRYSLER SERVICES AMERICAS LLC,**
**successor by merger to DaimlerChrysler North America, LLC.**

  Defendant/Appellant.

## ORDER DECONSOLIDATING HEPNER CASE AND FOR ENTRY OF FINAL JUDGMENT

Kane, J.

  These bankruptcy appeals were consolidated by me on the Trustee's Motion because they involve identical questions of law regarding the perfection date of Appellants' automobile financing liens. *See* Order on Motion to Consolidate, dated 3/1/06 (Doc. 12). I issued a Memorandum Decision in the consolidated cases on June 27, 2006 (Doc. 30), from which appeals and cross-appeals were taken. On December 6, 2006, the Tenth Circuit dismissed the appeals, finding my reservation of a lien priority issue that had been raised in one of the three consolidated cases resulted in a lack of finality precluding direct appeal. I sought input from the parties, which they provided in

2

a Joint Statement filed March 7, 2007 (Doc. 51).

At the parties' suggestion, I address the jurisdictional conundrum presented by the Tenth Circuit's Order for dismissal as follows:

1. The *Hepner v. DaimlerChryler Financial Services (In re Ramey)* case, Civil Action No. 06-cv-00197-JLK, which includes the priority issue previously stayed pending appeal, shall be **DECONSOLIDATED** from Civil Action 05-cv-02284-JLK and proceed separately in this court. The *Wilson* case, Civil Action No. 06-cv-00169, shall remain consolidated with lead case *Hepner v. Americredit Financial Servs., Inc. (In re Baker)*, 05-cv-02284-JLK pursuant to my March 1, 2006 Order.

2. **FINAL JUDGMENT** shall enter in the *Baker* and *Wilson* consolidated cases in accordance with my June 27, 2006 Memorandum Decision.

3. The *Ramey* case is ordered **STAYED** and **HELD IN ABEYANCE** pending appeal of the Final Judgment in the *Baker* and *Wilson* consolidated cases.

Dated this 13th day of March 13, 2007.        **s/John L. Kane**
                                              SENIOR U.S. DISTRICT JUDGE