## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-00197 JLK

In re:

DEMETRA RAMEY, and
JAMES RAMEY

      Debtors.

DANIEL A. HEPNER, Chapter 7 Trustee,

      Plaintiff/Appellee,

v.

DAIMLERCHRYSLER SERVICES AMERICAS LLC,
successor by merger to DaimlerChrysler North America, LLC,

      Defendant-Appellant.
_____

### ORDER ON AGREED JOINT MOTION TO DISMISS APPEAL
_____

Kane, J.

Upon consideration of the Agreed Joint Motion to Dismiss Appeal (Doc. 17) filed by Defendant-Appellant DaimlerChrysler Services Americas LLC and Plaintiff-Appellee Daniel A. Hepner, Trustee, the Motion is GRANTED and the above-captioned appeal is DISMISSED, with prejudice, each party to bear its own costs and attorney fees.

DATED:  August 17, 2007.        **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE